THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DARRELL SMITH,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>UTAH DEPARTMENT OF AGRICULTURE AND FOOD, SHANN FINLINSON, THANE MARSHALL, COREY CATTLE COMPANY, LLC, and MIKE COREY,<br><br>　　　　　　Defendants. | **ORDER GRANTING STATE DEFENDANTS' MOTION FOR LEAVE TO FILE OVERLENGTH REPLY IN SUPPORT OF THEIR MOTION TO DISMISS**<br><br>Case No. 4:21-cv-00118-DN-PK<br><br>District Judge David Nuffer<br><br>Magistrate Judge Paul Kohler |

Based on Defendants Utah Department of Agriculture and Food, Shann Finlinson, and Thane Marshalls' (collectively "State Defendants") Motion for Leave to File an Overlength Reply in Support of their Motion to Dismiss (the "Motion")[1], and good cause appearing therefor,

IT IS HEREBY ORDERED that State Defendants' Motion is Granted and State Defendants are given the leave requested to file a reply brief up to 900 words overlength.

Signed May 5, 2022.

BY THE COURT:

_____
David Nuffer
United States District Judge

---

[1] Docket no. 23, filed May 4, 2022.